FILED
FEB 15 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WILLIAM CLAYCOMB,<br><br>    Petitioner,<br><br>    v.<br><br>GARY SANDOR, Warden,<br><br>    Respondent. | Case No. CV 10-9592-ODW (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendations of the United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: February 15, 2012

_____
Otis D. Wright, II
United States District Judge