**FILED** FEB 15 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WILLIAM CLAYCOMB,<br><br>          Petitioner,<br><br>     v.<br><br>GARY SANDOR, Warden,<br><br>          Respondent. | Case No. CV 10-9592-ODW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: February 15, 2012

_(signature)_

Otis D. Wright, II
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 15 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY